eration in light of *Georgia* v. *McCollum*, 505 U. S. 42 (1992). ▪

No. 91–1593. MUNOZ-ROMO *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed June 24, 1992.

No. 91–1793. COONES *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *Freeland & Kronz*, 503 U. S. 638 (1992). ▪

No. 91–1925. CITY OF ROCKLIN ET AL. *v.* SIERRA LAKES RESERVE. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Yee* v. *Escondido*, 503 U. S. 519 (1992). ▪

No. 91–1938. YELLOW FREIGHT SYSTEM, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded with directions to dismiss as moot. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950). ▪

No. 91–1988. LONGO *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Burson* v. *Freeman*, 504 U. S. 191 (1992). ▪

No. 91–7430. JACKSON *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Morgan* v. *Illinois*, 504 U. S. 719 (1992).

No. 91–8445. BACIGALUPO *v.* CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stringer* v. *Black*, 503 U. S. 222 (1992). ▪